IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR AMTRUST BANK
    Plaintiff(s),

CASE NO: 15-CV-24444-JLK

FOUNDATION MORTGAGE CORPORATION,
a Florida Corporation, et al.
    Defendants.
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW, the Defendant, FOUNDATION MORTGAGE CORPORATION by and through undersigned counsel, moves the Court for a 20-day extension of time through March 30, 2016 to respond to the Complaint, and state in support thereof:

1. The response is currently due on March 10, 2016.

2. Defendants just retained Counsel who has been overseas on March 9, 2016.

3. That Defendant's counsel, STUART A. LIPSON, ESQUIRE, needs sufficient and adequate time to prepare and research a response.

4. Defendant's Counsel contacted opposing counsel for Plaintiff, and was told that they have no objection to a 20 day extension.

WHEREFORE, for the above reasons, the Defendant, by and through his undersigned counsel hereby respectfully request an extension through March 30, 2016.

Respectfully submitted,

/s/Stuart A. Lipson
STUART A. LIPSON, ESQ.
Fla. Bar No. 885770
*Attorney for Defendant Foundation Mortgage Corp.*
16900 N.E. 19th Ave.
North Miami Beach, FL 33162
Tel. (305)940-2800
Fax (305)940-2600
Email: law16900@att.net

## CERTIFICATE OF SERVICE

Case 15-CV-24444-JLK
Page 2

      I CERTIFY that on March 9, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              /s/ Stuart A. Lipson, Esq.
                                              STUART A. LIPSON, ESQ.

Service List

STOLZENBERG GELLES, FLYNN & ARANGO
JOSHUA A. MIGDAL, Esq., 1401 Brickell Avenue, Suite 825, Miami, FL 33131

wp51\data\forms\foundation.ext\